IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Criminal Case No.:  11-po-00024-GJR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JESSE B. MILES,

    Defendant.

---

### MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE GUDRUN J. RICE**
**DATED:  January 24, 2012**

    Review Hearing set for May 08, 2012 at 1:00 p.m. is **VACATED** and rescheduled to May 15, 2012 at 1:00 p.m.